# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER JOHN WEBB,      )

      Plaintiff,      )

      )

v.      )  Case No. CIV-26-947-SLP

JO THOMPSON, et al.,      )

      Defendants.      )

      )

## O R D E R

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell [Doc. No. 11].  The Magistrate Judge recommends that the Court dismiss this action without prejudice if Plaintiff does not pay the full filing fee within 21 days of the Court's adoption of the R&R.  *Id.*  The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before June 22, 2026.  [Doc. No. 11] at 4.  To date, no objection has been filed, nor has an extension of time in which to object been sought or granted.[1]  However, on the same day the R&R was issued, Plaintiff sent a letter advising the Court that "(2) completed motion[s] for in forma pauperis were mailed to [the Court] on 5/12/2026 in separate letters" and asked that the Court "not dismiss his case if not received."  [Doc. No. 12].  The Magistrate Judge

---

[1] The Court's docket reflects that the R&R was returned in the mail as undeliverable even though it was mailed to Plaintiff's address of record at Woods County Jail where prior orders in this action have been mailed.  Plaintiff is responsible for providing notice of any change of address to the Court.  *See* LCvR 5.4 (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

noted her receipt of the two IFP motions and found that neither motion "provided this Court with the requisite information to establish his indigent status." [Doc. No. 11] at 2.  Having reviewed the R&R, the Court fully concurs with the Magistrate Judge's analysis and conclusion.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED in its entirety and this action is DISMISSED without prejudice.  A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 13th day of July, 2026.

_____
SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE